# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DEANNA KEENE,

          Respondent

         v.

PAUL B. KIRSCH, M.D. AND
FOSTERBROOK MEDICAL
ASSOCIATES, P.C.,

         Petitioners

: No. 225 WAL 2018
:
:
: Cross Petition for Allowance of
: Appeal from the Order of the Superior
: Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2018, the Cross Petition for Allowance of Appeal is **DENIED**.